IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.4:14-CV-18-H

| | | |
|---|---|---|
| LLOYD D. LANDBURG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | ) | |
| | ) | |
| SPIRIT AEROSYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

It is stipulated by the parties that Plaintiff's claims in this action have been settled and are voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. By the dismissal of these claims, this case is closed.

Respectfully submitted this the 30th day of March, 2015.

ELLINGER & CARR, PLLC

/s/ Steven Carr________________
Steven Carr (N.C. Bar # 20481)
2840 Plaza Place, Suite 200
Raleigh, NC 27612
Telephone: (919) 785-9998
Facsimile: (919) 785-9997
scarr@ellingercarr.com
*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ Phillip J. Strach____________
Phillip J. Strach (N.C. Bar # 29456)
J. Allen Thomas (N.C. Bar # 40119)
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
Phil.Strach@odnss.com
Allen.Thomas@odnss.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that on this day the foregoing Stipulation of Voluntary Dismissal was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip J. Strach
J. Allen Thomas
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
*Attorneys of Defendant*

This the 30th day of March, 2015.

/s/ Steven Carr
Steven Carr
NC Bar No. 20481
ELLINGER & CARR, PLLC
2840 Plaza Place, Suite 200
Raleigh, NC 27612
Phone: 919-785-9998
Fax: 919-785-9997
scarr@ellingercarr.com